IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAWRENCE STANFILL EL,                3:15-CV-00750-SB

       Plaintiff,                ORDER

v.

OREGON DEPARTMENT OF
TRANSPORTATION and OREGON
DEPARTMENT OF MOTOR VEHICLES,

       Defendants.

BROWN, Judge.

    Magistrate Stacie F. Beckerman issued Findings and Recommendation (#14) on July 29, 2015, in which she recommends this Court dismiss this matter without prejudice for failure to prosecute and deny as moot all pending motions. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Beckerman's Findings and Recommendation (#14). Accordingly, the Court **DENIES as moot** all pending motions and **DISMISSES** this matter **without prejudice** for failure to prosecute.

IT IS SO ORDERED.

DATED this 14th day of September, 2015.

_____
ANNA J. BROWN
United States District Judge